CLK OF THE
SUPERIOR COURT
FILED
L JACKSON DEP

2021 JAN 28 PM 4: 30

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

Neha Bhatia
Deputy County Attorney
Bar ID # 025366
225 W Madison St, 6th Floor
Phoenix, AZ 85003
Telephone (602) 506-8484
sp2div@mcao maricopa gov
MCAO Firm # 00032000
Attorney for Plaintiff

DR 202000001973661 - Phoenix Police Department
1864032

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

CR2020-145527-001

| | |
|---|---|
| THE STATE OF ARIZONA,<br><br>Plaintiff,<br><br>vs<br><br>BRANDON GLEN JACKSON, (001)<br><br>NATHAN ANDREW BERGSTROM,<br><br>Defendants | INDICTMENT<br>792 GJ 144<br><br>**COUNT 1:** HINDERING PROSECUTION IN THE FIRST DEGREE, A CLASS 5 FELONY (Brandon Glen Jackson)<br>**COUNT 2.** MISCONDUCT INVOLVING WEAPONS, A CLASS 4 FELONY (Brandon Glen Jackson)<br>**COUNT 3:** MISCONDUCT INVOLVING WEAPONS, A CLASS 4 FELONY (Nathan Andrew Bergstrom)<br>**COUNT 4:** RESISTING ARREST, A CLASS 1 MISDEMEANOR (Brandon Glen Jackson) |

The Grand Jurors of Maricopa County, Arizona, accuse BRANDON GLEN JACKSON,

NATHAN ANDREW BERGSTROM, on January 28, 2021, charging that in Maricopa County,

Arizona

**COUNT 1**

BRANDON GLEN JACKSON, on or about December 4, 2020, with intent to hinder the apprehension, prosecution, conviction, or punishment of Wesley Warren Temple for Misconduct Involving Weapons, a felony, did render assistance to Wesley Warren Temple by knowingly providing Wesley Warren Temple with money, transportation, weapon, disguise, or other means of avoiding discovery, apprehension, prosecution, or conviction, in violation of A R S §§ 13-2510, 13-2512, 13-701, 13-702, and 13-801

**COUNT 2**

BRANDON GLEN JACKSON, on or about December 4, 2020, knowingly did manufacture, possess, transport, sell, or transfer a 10 5 inch barrel rifle, a prohibited weapon, in violation of A R S §§ 13-3101, 13-3102, 13-3105, 13-701, 13-702, and 13-801

**COUNT 3**

NATHAN ANDREW BERGSTROM, on or about December 3, 2020, knowingly did manufacture, possess, transport, sell, or transfer a 10 5-inch barrel rifle, a prohibited weapon, in violation of A R S §§ 13-3101, 13-3102, 13-3105, 13-701, 13-702, and 13-801

**COUNT 4**

BRANDON GLEN JACKSON, on or about December 4, 2020, intentionally prevented or attempted to prevent Steven R Denney, a person reasonably known to him

to be a peace officer, acting under color of his official authority, from effecting an arrest by engaging in passive resistance, in violation of A R S §§ 13-2508, 13-707, and 13-802

A True Bill

("A True Bill")

ALLISTER ADEL
MARICOPA COUNTY ATTORNEY

Neha Bhatia
Deputy County Attorney
ck

Date  January 28, 2021

FOREPERSON OF THE GRAND JURY