IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | Case No. ELH-22-0141 |
| | : | |
| **BRANDON GLEN JACKSON,** | : | |
| | : | |
| Defendant | : | |

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Brandon Glen Jackson, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the conviction, judgment, and sentence imposed in this action, as well as all other adverse rulings and orders in this action. The sentence was announced in open court on February 2, 2024, and was recorded in a judgment docketed on the same day.

Dated: February 5, 2024

                                        Respectfully submitted,

                                        JAMES WYDA
                                        Federal Public Defender

                                          /s/
                                        ANDREW R. SZEKELY (#16407)
                                        CYNTHIA ANN FREZZO (#817358)
                                        Assistant Federal Public Defender
                                        100 South Charles Street
                                        Tower II, 9th Floor
                                        Baltimore, Maryland 21201
                                        Phone: (410) 962-3962
                                        Fax: (410) 962-0872
                                        Email: andrew_szekely@fd.org
                                                  cynthia_frezzo@fd.org